IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

BASMA JAFAR

v.   C.A. NO. 14-6411

WELLS FARGO BANK, N.A.-BARNETT

**ORDER**

FILED
APR 15 2015
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

AND NOW, this 15th day of April 2015, upon consideration of defendant's motion to dismiss and all responses and replies thereto, it is hereby ORDERED that the motion [Doc. 5] is GRANTED.

The Complaint is DISMISSED WITH PREJUDICE.

The Clerk is DIRECTED to mark this case closed for statistical purposes.

BY THE COURT:

_____
JEFFREY L. SCHMEHL, J.